UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT L. PRYOR, Chapter 7
Trustee of the Bankruptcy
Estate of Coco Partners,
Inc. and COCO FOODS, INC.,

      Plaintiffs,

v.                  Case No:  2:20-mc-5-FtM-29MRM

RICHARD NELSON,

      Defendant.

---

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #3), filed April 30, 2020, recommending that the Motion to Quash Plaintiff's Subpoenas and Request for a Protective Order from the Bankruptcy Court Order (Doc. #1) be denied, and the case closed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.    The Report and Recommendation (Doc. #3) is hereby **adopted** and the findings incorporated herein.

2.    Defendant's Motion to Quash Plaintiff's Subpoenas and Request for a Protective Order from the Bankruptcy Court Order (Doc. #1) is **DENIED.**

3.    The Clerk shall terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this   15th   day of May, 2020.


                                        _____
                                        JOHN E. STEELE
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties